UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL COOKSEY,

    Defendant.
_____/

Case: 2:21-cr-20669
Judge: Murphy, Stephen J.
MJ: Stafford, Elizabeth A.
Filed: 11-03-2021 At 12:10 PM
INDI USA VS COOKSEY (DP)

VIOLATION: 18 U.S.C. § 1951

## INDICTMENT

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

1. At all times relevant to this indictment, Jared the Galleria of Jewelry was a retail jewelry business, with multiple locations throughout the United States, that engaged in commercial activity that affects interstate commerce.

2. At all times relevant to this indictment, Kay Jewelers was a retail jewelry business, with multiple locations throughout the United States, that engaged in commercial activity that affects interstate commerce.

## COUNT ONE

**(18 U.S.C. § 1951 – Conspiracy to Commit Hobbs Act Robbery)**

1. The General Allegations are incorporated into this count by reference.

2. From in and around October 2019 and continuing through in and around November 2019, in the Eastern District of Michigan and elsewhere, the defendant, MICHAEL COOKSEY, knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed with other individuals known and unknown to the grand jury, to obstruct, delay, and affect commerce by robbery of jewelry stores that engaged in commercial activity that affects interstate commerce, in violation of Title 18, United States Code, Section 1951.

## FORFEITURE ALLEGATIONS

### (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense of conviction. Such property includes, but is not limited to, a forfeiture money judgment against the defendant in an amount to be determined, representing the total value of all property subject to forfeiture.

3. <u>Substitute Assets</u>: If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

                                                                    THIS IS A TRUE BILL.

                                                                    *s/Grand Jury Foreperson*
                                                                    Grand Jury Foreperson

Saima S. Mohsin
Acting United States Attorney

*s/Craig Wininger*                               *s/William M. Sloan*
Craig Wininger                                   William M. Sloan
Assistant United States Attorney        Assistant United States Attorney
Chief, Violent and Organize Crime Unit

Dated: November 3, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: _WMS_ |

Case Title: USA v. MICHAEL COOKSEY

County where offense occurred : Oakland

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

   ✓ Indictment/_____Information --- **no prior complaint.**
   ____Indictment/_____Information --- based upon prior complaint [Case number:                    ]
   ____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 3, 2021
Date

William M. Sloan
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9611
Fax:     (313) 226-5464
E-Mail address: William.Sloan2@usdoj.gov
Attorney Bar #: No Mich. Bar Number

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.