UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

          CRIMINAL NO. 21-CR-20669

          HON. STEPHEN J. MURPHY, III

MICHAEL COOKSEY,

          Defendant.
_____/

## GOVERNMENT'S RESPONSE AND CONCURRENCE IN DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY

The United States concurs in Defendant's motion for release from custody and asks that defendant be placed on bond.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/ Eric M. Straus*
Eric M. Straus   P38266
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Eric.Straus@usdoj.gov
(313) 226-9648

Dated: December 6, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

*s/ Eric M. Straus*
Eric M. Straus   P38266
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Eric.Straus@usdoj.gov
(313) 226-9648