UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

U.S.A. vs. Michael Cooksey                                                    Docket No. 21-20669-01

### Petition for Action on Conditions of Pretrial Release

**COMES NOW** Brandi Baltes, Supervisory U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant, Michael Cooksey, who was placed under pretrial release supervision by Your Honor sitting in the Court at Detroit, Michigan on October 3, 2023, with conditions of release including the following:

- **Participate in the Location Monitoring program under Home Detention restriction**

**Respectfully presenting petition for action of court and for cause as follows**:

On November 15, 2023, at 1321hrs., alert notification was received from the national location monitoring vendor advising of a strap tamper/proximity tamper concerning defendant Cooksey. Upon investigating the matter further, Pretrial Services verified via a collateral source, the defendant had packed his belongings from the bond address and was no longer present at the residence, where the GPS unit had last plotted a point. The defendant's phone number on record is no longer in service/accepting calls. At this time, Mr. Cooksey is in absconder status.

**PRAYING THAT THE COURT WILL ORDER** the defendant's bond be cancelled and a warrant issued for his arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2023

Respectfully,

**/s/ Brandi Baltes**

Supervisory U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: November 15, 2023

**THE COURT ORDERS:**

[  ]   No Action

[  ]   Modification of Pretrial Conditions as Requested

[  ]    Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ X ]   The Issuance of a Warrant [check all applicable below]
    [ X ]   Bond Cancellation
    [ X ]   Defendant to appear before the Judge assigned to the case
    [  ]   Defendant to appear before the Duty Magistrate Judge

[  ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[  ]   Other

### ORDER OF COURT

Considered and ordered this 15th day

of November, 2023 and ordered filed and made a part of the records in the above case.

                        s/Laurie J. Michelson
                        United States District Court
                        Acting in the absence of
                        Judge Stephen J. Murphy, III